of the defense of usury. (*Houghton* v. *Burden*, 228 U. S. 161, 169; *Mudgett* v. *Goler*, 18 Hun, 302; *Von Haus* v. *Soule*, 146 App. Div. 731, 734; *Orvis* v. *Curtiss*, 157 N. Y. 657, 660; *Austin* v. *Fuller*, 12 Barb. 360, 363.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

PATRICK CURTIS, Respondent, v. RICHMOND RAILWAYS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

WILLIAM B. GRAY, JR., Appellant, v. ERNEST S. WITTNEBEL, Respondent. (Appeal No. 1.) — Order granting defendant's motion for the issuance of a commission to take testimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

WILLIAM B. GRAY, JR., Appellant, v. ERNEST S. WITTNEBEL, Respondent. (Appeal No. 2.) — Order modified so as to provide that paragraph 27 of the amended answer be struck out, and as so modified affirmed, without costs. In our opinion the challenged paragraphs, with the exception of 27, state facts that defendant may prove in justification or in mitigation of damages. The examination provided for in the order may proceed on five days' notice. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MARTIN GREENFIELD, as Surviving Executor, etc., of EMMA ZIMMERMAN, Deceased, Respondent, v. REINHARDT RAHMEYER and ERNEST RAHMEYER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of WILLARD S. LAW for an Examination and Inquiry under and Pursuant to Section 205 of the Surrogate's Court Act in the Estate of ALEXANDER L. LAW, Deceased. WILLARD S. LAW, as Administrator, etc.,, of ALEXANDER L. LAW, Deceased, Appellant; ADA B. WILSON, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

KEW ARMS, INC., Appellant, v. ROSE LEWIS FLEISCHMAN and Others, Defendants, and THE MANHATTAN SAVINGS INSTITUTION, Respondent.— Order denying motion to strike out respondent's amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

SARA KLEIN, Respondent, v. MUNCH BREWERY BOTTLING DEPARTMENT, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ARTHUR J. McCARTEN, Respondent, v. CARROLL W. PROCHASKA, as Assignee for the Benefit of Creditors OF LIBERTY ENGINEERING CORPORATION, Appellant. — Order and judgment of the City Court of Mount Vernon modified so as to provide that the plaintiff is entitled to recover on his claim the sum of $616.66, that defendant is entitled to recover on the counterclaim the sum of $326.45, and that plaintiff have judgment for the difference, to wit, $290.21. As so modified, the order and the judgment are unanimously affirmed, without costs. A consideration of the terms of the lease and of the surrounding circumstances indicates that it was the intention of the parties that the tenant should pay one-half of the expenses necessary to the erection of the third story and subsequent alterations necessarily